AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Christopher Golebiowski | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) Civil Action No. 1:23-cv-20433-KMW | |
| Zoetop Business Co., Limited and Shein Distribution Corp. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Shein Distribution Corp.
Serve registered agent:
Paracorp Incorporated
2804 Gateway Oaks Drive
#100
Sacramento, CA 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joel B. Rothman
SRIPLAW
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
561.404.4350 - Telephone
joel.rothman@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Feb 3, 2023

Angela E. Noble
Clerk of Court



SUMMONS

s/ A. Alonso
Deputy Clerk
U.S. District Courts

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Layla Nguyen SBN 1024723<br>SRIPLAW<br>21310 Suite 100<br>Boca Raton, FL 33433<br>ATTORNEY FOR   Plaintiff | TELEPHONE NUMBER<br>(561) 404-4350 | FOR COURT USE ONLY |
|---|---|---|
| SOUTHERN DISTRICT, MIAMI<br>400 North Miami Avenue<br>Miami, FL 33128 | | |
| SHORT TITLE OF CASE:<br>Golebiowski, Christopher v. Shein Distribution Corp. | | |
| DATE:          TIME:          DEP./DIV. | | CASE NUMBER:<br>1:23-cv-20433-KMW |
| | **Declaration of Service** | Ref. No. or File No:<br>00940-0001 |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action; COMPLAINT FOR COPYRIGHT INFRINGEMENT (INJUNCTIVE RELIEF DEMANDED)**

On: **Shein Distribution Corp.**

I served the summons at:

**2804 Gateway Oaks Dr, 100  Sacramento, CA 95833**

On: **2/9/2023**          Time: **03:18 PM**

In the above mentioned action  by personally serving to and leaving with

**Christopher Mays, Authorized to Accept Service  -  Paracorp Incorporated, Agent for Service of Process**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Katrina Williams**
  b. Address: **1801 Parkcourt Place Suite F100, Santa Ana, CA 92701**
  c. Telephone number: **714-973-9202**
  d. **The fee** for this service was: **95.00**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Katrina Williams                    Date: **02/11/2023**

Declaration of Service                    Invoice #: 7088261-01