UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-CV-20433-KMW

CHRISTOPHER GOLEBIOWSKI,

    Plaintiff,

v.

ZOETOP BUSINESS CO., LIMITED, a Hong Kong
limited company and SHEIN DISTRIBUTION CORP.,
a Delaware corporation,

    Defendants.
_____/

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, Defendant SHEIN DISTRIBUTION CORP. hereby discloses that it is a Delaware corporation whose indirect operating parent is Roadget Business PTE, Ltd., and that no publicly held corporation owns 10% or more of Defendant's stock.

    Respectfully submitted,

Dated: March 2, 2023

Cleo I. Suero
John Cyril Malloy, III
Florida Bar No. 964,220
jcmalloy@malloylaw.com
Oliver Alan Ruiz
Florida Bar No. 524,786
oruiz@malloylaw.com
Cleo I. Suero
Florida Bar No. 1,024,675
csuero@malloylaw.com
**MALLOY & MALLOY P.L.**
2800 S.W. Third Avenue
Miami, Florida 33129
Telephone (305) 858-8000

*Counsel for Defendant*
*Shein Distribution Corp.*

1