# <u>Exhibit B</u>

## <u>DECLARATION OF DANA CHU</u>

I, Dana Chu, hereby declare:

1.      I am over the age of 18, and if called as a witness in this case I could and would competently testify to the fact set out in this declaration, which are based on my own personal knowledge, except as to any matters stated on information and belief, and as to those matters, I am informed and believe them to be true.

2.      I submit this declaration in support of defendant Zoetop Business Co., Ltd. ("**Zoetop**")'s Motion to Dismiss Pursuant to Rule 12(b)(5) or, in the Alternative, to Quash Service in the following cases: *Fichera v. Zoetop Business Co., Ltd., et al.*, Case No. 1:23-cv-20417-RAR; *Osinnowo v. Zoetop Business Co., Ltd., et al.*, Case No. 1:23-cv-20444-KMW; *G&S Prints Pte. Ltd. v. Zoetop Business Co., Ltd., et al.*, Case No. 1:23-cv-20471-BB; *Minoza v. Zoetop Business Co., Ltd., et al.*, Case No. 1:23-cv-20434-CMA; and *Golebiowski v. Zoetop Business Co., Ltd., et al.*, Case No. 1:23-cv-20433-KMW.

3.      I am an office assistant for Shein Distribution Corporation, currently located at Suite 340 of 757 S. Alameda St., Los Angeles, California, 90021 ("Alameda Street building"). I have been in this position since June of 2022 and my job duties have always included collecting any mail that is addressed to Shein Distribution Corporation at the Alameda Street building. I also interface with building management and security on issues related to Shein Distribution Corporation's tenancy in the building.

4.      Prior to September of 2022, Shein Distribution Corporation was located in a different suite in the same building: Suite 220 of 757 S. Alameda St., Los Angeles, California, 90021. In September of 2022, Shein Distribution Corporation vacated Suite 220 and moved into Suite 340, where it has maintained its offices ever since.

5.      I generally go into the office at the Alameda Street building five days a week. To the best of my knowledge, since the time I began working in the Alameda Street building in June 2022, Zoetop has not maintained an office in either Suite 220 or Suite 340 of the Alameda Street building.

6.      To my knowledge, Rupert Cadena is the security guard who is stationed in the lobby for the building located at 757 S. Alameda St. Rupert Cadena is building security; he is neither an employee of Shein Distribution Corporation nor in charge of any suite that Shein Distribution Corporation has occupied.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 22nd day of March 2023 in _____Los Angeles_____, California.

_____
Dana Chu