UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-20433-KMW

CHRISTOPHER GOLEBIOWSKI,

       Plaintiff,

v.

ZOETOP BUSINESS CO., LIMITED AND SHEIN DISTRIBUTION CORP.,

       Defendants.

## STATUS REPORT

The parties, by and through their undersigned counsel, and pursuant to the Court's paperless order requiring a status report at D.E. 15, and hereby state:

1. Defendant Zoetop Business Co., Limited will withdraw its Motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b)(5) (D.E. 14); and

2. Subsequently, the parties agree that they will file jointly a notice of consent to the entry of judgment pursuant to the terms of the Offer of Judgment attached to the Notice of Acceptance (D.E. 13).

Dated: March 31, 2023                          Respectfully submitted,

| | |
|---|---|
| Layla T. Nguyen | Oliver Alan Ruiz |
| LAYLA T. NGUYEN | John Cyril Malloy, III |
| Florida Bar Number: 1024723 | Florida Bar No. 964220 |
| layla.nguyen@sriplaw.com | jcmalloy@malloylaw.com |
| JOEL B. ROTHMAN | Oliver Alan Ruiz |
| Florida Bar Number: 98220 | Florida Bar No. 524,786 |
| joel.rothman@sriplaw.com | oruiz@malloylaw.com |
| | Cleo I. Suero |
| **SRIPLAW, P.A.** | Florida Bar No. 1,024,675 |

21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Christopher Golebiowski*

csuero@malloylaw.com
**MALLOY & MALLOY P.L.**
2800 S.W. Third Avenue
Miami, Florida 33129
Telephone (305) 858-8000

*Counsel for Defendants Zoetop Business Co., Limited and Shein Distribution Corp.*