UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-20417-RAR

**MARTINA FICHERA**,

    Plaintiff,

v.

**ZOETOP BUSINESS CO., LIMITED,
SHEIN DISTRIBUTION CORP.**,

    Defendants.
_____/

**ORDER CONSOLIDATING CASES**

    **THIS CAUSE** comes before the Court upon *sua sponte* review of the docket. Plaintiff has filed five, nearly identical Complaints in Southern District of Florida: *Golebiowski v. Zoetop Business Co., Limited, et al.*, Case No. 23-cv-20433; *Osinnowo v. Zoetop Business Co., Limited, et al.*, Case No. 23-cv-20444; *G&S Prints PTE. LTD v. Zoetop Business Co., Limited, et al.*, Case No. 23-cv-20471; *Minoza, et al. v. Zoetop Business Co., Limited, et al.*, Case No. 23-cv-20434; and this case, *Fichera v. Zoetop Business Co., Limited, et al.*, Case No. 23-cv-20417. All of these cases have been transferred to the undersigned pursuant to Internal Operating Procedures in the Southern District of Florida. Accordingly, pursuant to Federal Rule of Civil Procedure 42(a)(2), the Court exercises its discretion to consolidate these five actions. Accordingly, it is hereby

    **ORDERED AND ADJUDGED** as follows:

    1. **Case No. 23-cv-20433, Case No. 23-cv-20444, Case No. 23-cv-20471, Case No. 23-cv-20434,** and **Case No. 23-cv-20417** are hereby **CONSOLIDATED.**

    2. The Clerk of the Court is instructed to **CLOSE Case No. 23-cv-20433, Case No. 23-cv-20444, Case No. 23-cv-20471,** and **Case No. 23-cv-20434** for administrative purposes only.

3.  The parties are instructed to file all future motions under **Case No. 23-cv-20417-RAR only.**

**DONE AND ORDERED** in Miami, Florida, this 31st day of March, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**