UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-20417-RAR (Consolidated)

**MARTINA FICHERA**,

    Plaintiff,

v.

**ZOETOP BUSINESS CO., LIMITED,
SHEIN DISTRIBUTION CORP.**,

    Defendants.
_____/

## ORDER GRANTING ENTRY OF JUDGMENT AND PERMANENT INJUNCTION

**THIS CAUSE** comes before the Court upon Plaintiff Christopher Golebiowski and Defendant Shein Distribution Corporation's Notice of Acceptance of Offer of Judgment filed in the case *Golebiowski v. Zoetop Business Co., Limited et. al.*, Original Case No. 23-cv-20433-KMW before it was transferred and consolidated with this case. The Court having carefully reviewed the Notice of Acceptance of Offer of Judgment, the parties' consolidated Joint Scheduling Report, [ECF No. 23], and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Offer of Judgment [ECF No. 13] in Case No. 23-cv-20433 is **APPROVED**.

2. Pursuant to Federal Rule of Civil Procedure 68, the Clerk of Court is instructed to enter judgment against Defendants and in favor of Plaintiff in the amount of Two Thousand Five Hundred and One Dollars ($2,501.00) plus Plaintiff's reasonable costs accrued as of March 16, 2023, in accordance with the Offer of Judgment [ECF No. 13-1] in Case No. 23-cv-20433.

3. The Court retains jurisdiction for a period of sixty (60) days to enforce the terms of the Offer of Judgment and to determine the amount of reasonable costs.

**DONE AND ORDERED** in Miami, Florida, this 11th day of April, 2023.

_____
**RODOLFO A. RUIZ, II**
**UNITED STATES DISTRICT JUDGE**