UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-20417-RAR (Consolidated)

**MARTINA FICHERA**,

    Plaintiff,

v.

**ZOETOP BUSINESS CO., LIMITED,
SHEIN DISTRIBUTION CORP.**,

    Defendants.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the parties' Joint Scheduling Report ("JSR"), [ECF No. 23], filed on April 7, 2023. The Court transferred and consolidated five related cases on March 31, 2023. [ECF No. 19]. In their JSR, the parties request that in one of the five cases, *Golebiowski v. Zoetop, et al.*, Case No. 23-20433, "the Court enter judgment in accordance with the Rule 68 Offer of Judgment by Shein Distribution Corp., [ECF No. 13-1], deny Defendant Zoetop Business Co., Ltd.'s Motion to Dismiss, [ECF No. 14], as moot, and dismiss the case with prejudice as to both Defendants." JSR at 2. The Court having carefully reviewed the file, the JSR, and being otherwise fully advised, it is hereby

    **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Complaint [ECF No. 1] in Case No. 23-20433 is **DISMISSED** *with prejudice*.

2. Defendant Zoetop Business Co., Ltd.'s Motion to Dismiss, [ECF No. 14], in Case No. 23-20433 is **DENIED AS MOOT**.

3. A judgment in accordance with the Rule 68 Offer of Judgment by Shein Distribution Corp., [ECF No. 13-1], shall be entered by separate Order.

**DONE AND ORDERED** in Miami, Florida, this 11th day of April, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**